

Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini,** L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

Matthew J. Bizzaro
Partner
mbizzaro@lbcclaw.com

Writer's Direct Dial
(516) 837-7441

November 26, 2018

**Via ECF**

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 304N
Brooklyn, NY 11201

      Re:    *Koenig, Leopold v. Stevens Business Services, Inc.*
             Case No.: 1:18-cv-04820-PKC-SJB

Dear Judge Chen:

      We represent defendant, Stevens Business Services, Inc. ("Defendant"), in the above-referenced matter.

      We write this letter to advise the Court that this matter has settled, and Defendant sent to Plaintiff's counsel a proposed settlement agreement and release to review. Defendant expects that a Stipulation of Voluntary Dismissal will be filed in the next 30-45 days.

      If Your Honor has any questions, please feel free to contact me.

                                      Respectfully submitted,

                                      MATTHEW J. BIZZARO

MJB:cp

cc:    David M. Barshay (via ECF)
       Craig B. Sanders, Esq. (via ECF)